S15G1621. WYCHE v. GEORGIA DEPARTMENT OF
TRANSPORTATION.
(785 SE2d 897)

PER CURIAM.

We issued a writ of certiorari to review the decision of the Court of Appeals in this case, see *Georgia Dept. of Transp. v. Wyche*, 332 Ga. App. 596 (774 SE2d 169) (2015), and we directed the parties to submit briefs upon the following question:

> Did the Court of Appeals properly find that the plaintiff's negligence claims against the Department of Transportation fell within the inspections and/or licensing exceptions to the Georgia Tort Claims Act's waiver of sovereign immunity, see OCGA § 50-21-24 (8) and (9)?

After briefing and oral argument, however, the parties reached a settlement, and the parties now have filed a "motion to voluntarily dismiss appeal." Construing the motion as a motion to vacate the writ of certiorari and withdraw the petition for a writ of certiorari, we grant the motion, vacate the writ of certiorari in this case, and allow the petition to be withdrawn.

*Writ of certiorari vacated. All the Justices concur.*

DECIDED MAY 9, 2016.

*The Boston Law Firm, Russell M. Boston, Wendy S. Boston*, for appellant.

*Samuel S. Olens, Attorney General, Kathleen M. Pacious, Deputy Attorney General, Loretta L. Pinkston, Senior Assistant Attorney General, Claude M. Sitton, Assistant Attorney General*, for appellee.